393 A.2d 1285

Donachy  v.  Donovan,  Appellant.

Argued April 10, 1978.  Ronald H. Heck, for appellant;  David M. Moran, for appellee.

Order affirmed.

393 A.2d 1285

Dzvonick,  Appellant  v.  Shaeffer.

Argued April 18, 1978.  John G. Arch, for appellant;  George I. Buckler, with him Michael V. Gilberti, for appellee.

Order affirmed.